**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose De Jesus CASTANEDA–GARCIA, Defendant–Appellant.**

No. 16-40157

**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Date Filed: 10/20/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee

Jose De Jesus Castaneda–Garcia, Pro Se

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Castaneda-Garcia has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Castaneda–Garcia has filed a response.

We have reviewed counsel's brief, relevant portions of the record, and Castaneda–Garcia's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Castaneda–Garcia's motion for the appointment of substitute counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.